**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| AZUJHON KENNETH SIMS, | ) | |
| Petitioner, | ) | 3:11-cv-00512-ECR-RAM |
| vs. | ) | |
| JACK PALMER, *et al.,* | ) | **ORDER** |
| Respondents. | ) | |

On July 26, 2011, the court denied what petitioner styled as an extra-ordinary writ of habeas corpus as well as a petition for a writ of habeas corpus ad-testificandum (ECF #3). Petitioner filed a notice of appeal on March 28, 2012 (ECF #12). On April 10, 2012 the Ninth Circuit Court of Appeals remanded the case to this court for the limited purpose of determining whether a certificate of appealability should issue. However, in the July 26, 2011 order, this court denied the certificate of appealability (ECF #3). Accordingly, this court reaffirms that no certificate of appealability shall issue.

**IT IS THEREFORE ORDERED** that this court reaffirms that **NO CERTIFICATE OF APPEALABILITY SHALL ISSUE**.

DATED this 12th day of April 2012.

_____
UNITED STATES DISTRICT JUDGE